**Opinion issued August 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00926-CV

———————————

**PERLA CECILIA SALAZAR, Appellant**

**V.**

**GUADALUPE SALAZAR JR. AKA GUADALUPE SALAZAR, Appellee**

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-01199**

---

## MEMORANDUM OPINION

Appellant's brief was originally due on April 5, 2024. After late notice issued on April 22, 2024, the Court granted three extensions of time to file the brief until August 15, 2024. When the Court granted the last extension, it stated that no further

extensions would be granted and the appeal might be dismissed if the brief was not filed by August 15, 2024.  No brief was filed.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.1.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.